C. R. Barclay
Email: barclay7trustee@lecg.com
P. O. Box 26099
Santa Ana, CA 92799
Telephone: (714) 415-4040

Chapter 7 Trustee

FILED
MAR 16 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

In re

KNOCK OUT MASONRY, INC.

        Debtor.

) Case No. 6:07-bk-11405-MJ
) Chapter 7
)
) **NOTICE OF UNCLAIMED DIVIDENDS**
) **UNDER FRBP 3011**
)
)
)

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check No. 33 in the sum of $3,185.92 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: March 15, 2011

/s/ C.R. Barclay
C. R. BARCLAY
Chapter 7 Trustee

-1-

## ATTACHMENT NO. 2

## LISTING OF DIVIDEND PAYMENTS
### (EACH CREDITOR CLASS SHOULD BE LISTED SEPARATELY)

CLASS OF CREDITOR BEING PAID:    Notice of Unclaimed Dividends - 3011

PERCENTAGE PAID ON CLAIM:    100.0000%

AMOUNT/BALANCE TO DISTRIBUTE:    $3,185.92

| CLAIM NUMBER | NAME & ADDRESS OF CLAIMANT | AMOUNT OF ALLOWED CLAIM | INTERIM PAYMENT | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| 1 | Cody M. Grant<br>48856 Desert Flower Dr.<br>Palm Desert, CA 92260 | | | |
| | TOTALS: | $4,500.00 | $0.00 | $3,185.92 |

CASE NUMBER:    6:07-bk-11405-MJ

CASE NAME:    KNOCK OUT MASONRY, INC.

\* Total also includes employee taxes withheld.

| | |
|---|---|
| Total Claim Paid: | $4,500.00 |
| Withholdings: | |
| - Federal Income Tax: | ($730.75) |
| - FICA/Medicare: | ($344.25) |
| - State Income Tax: | ($189.58) |
| - S.D.I.: | ($49.50) |
| Net Check: | $3,185.92 |

| In re<br>KNOCK OUT MASONRY, INC.<br>Debtor(s). | CHAPTER 7<br>CASE NO.: 6:07-11405-MJ |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

P. O. Box 26099, Santa Ana, CA 92799

The foregoing document described **Notice of Unclaimed Dividends Under FRBP 3011** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 15, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at email address(es) indicated below:

Christopher R Barclay (TR)   barclay7trustee@lecg.com, cbarclay@ecf.epiqsystems.com
Mark C Schnitzer   mschnitzer@rhlaw.com
United States Trustee (RS)   ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL:**
On March 15, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Judge:** Hon. Meredith A. Jury, U.S. Bankruptcy Court, 3420 Twelfth Street, Suite 325, Riverside, CA 92501
**Court:** Clerk of the Court, U. S. Bankruptcy Court, 3420 Twelfth Street, Riverside, CA 92501

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY:**
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 15, 2011 | Diana Talpos | /s/ Diana Talpos |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1

January 2009

## Trustee action:

6:07-bk-11405-MJ Knock Out Masonry, Inc.
Type: bk                        Chapter: 7 v                    Office: 6 (Riverside)
Assets: y                       Judge: MJ

## U.S. Bankruptcy Court

## Central District Of California

Notice of Electronic Filing

The following transaction was received from Christopher R Barclay (TR) entered on 3/15/2011 at 12:23 PM PDT and filed on 3/15/2011
**Case Name:**        Knock Out Masonry, Inc.
**Case Number:**      6:07-bk-11405-MJ
**Document Number:** 29

**Docket Text:**
Notice of unclaimed dividend(s) (under FRBP 3011) Filed by Trustee Christopher R Barclay (TR). (Barclay (TR), Christopher)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Z:\TCMSWIN\docman\KNOCK OUT MASONRY, INC. [6_07-11405]\Final Report\3011 Report.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=3/15/2011] [FileNumber=43574825-0] [2a89febab59443c2efa6f7f97c3e6abbb632f43eb95ae84248334e02d10fbc8370 9f2fa4b148b5a86bd77b7c75d390f4592e2087852d931da17cc5baedb17976]]

**6:07-bk-11405-MJ Notice will be electronically mailed to:**

Christopher R Barclay (TR)
barclay7trustee@lecg.com, cbarclay@ecf.epiqsystems.com

Mark C Schnitzer on behalf of Debtor Knock Out Masonry, Inc.
mschnitzer@rhlaw.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

**6:07-bk-11405-MJ Notice will not be electronically mailed to:**

LECG LLC
655 W Broadway Ste 1300
San Diego, CA 92101